FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2006 OCT 13  PM 5: 12

CLERK _____
SO. DIST. OF GA.

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF GEORGIA**
**WAYCROSS DIVISION**

JEREMY RAY,                                  :
                                             :
            Plaintiff,                       :
                                             :
      vs.                                    :        CIVIL ACTION NO.: CV506-022
                                             :
CARL HUMPHREY; RANDALL                       :
HOLDEN; SARA DRAPER;                         :
DERRICK SCHOFIELD, and                       :
JAMES DONALD,                                :
                                             :
            Defendants.                      :

## O R D E R

After an independent review of the record, the Court concurs with the Magistrate

Judge's Report and Recommendation, to which Objections have been filed.   In his

Objections, Plaintiff asserts that the requirement that he have a minimum balance in his

inmate account places an undue hardship on him.   Plaintiff also asserts that, if the Court

fails to recognize that Defendants conspired to violate his rights, he should be permitted

leave to file an amended Complaint to correct any deficiencies in his pleadings.   Plaintiff's

Objections are without merit.

Plaintiff also filed a Motion for Leave to File an Amended Complaint.   Plaintiff

alleges that he discovered the name of a person involved in the conspiracy to violate his

constitutional rights.   Plaintiff wishes to amend his Complaint by adding this individual as

a named Defendant.   Plaintiff has failed to set forth facts in his Complaint or Motion

sufficient to establish that his constitutional rights have been violated.   Without such a

AO 72A
(Rev. 8/82)

showing, Plaintiff's claim that Defendants conspired to violate his constitutional rights can not be sustained.  Plaintiff's Motion for Leave to File an Amended Complaint is **DENIED**.

The Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.  Plaintiff's Complaint is **DISMISSED** for failing to state a claim upon which relief may be granted.

**SO ORDERED**, this _13th_ day of _October_____, 2006.

_____
WILLIAM T. MOORE, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

2

AO 72A
(Rev. 8/82)